# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 24, 2006

Before

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

Nos. 03-2345 & 03-2915

| | |
|---|---|
| United States of America,<br>*Plaintiff-Appellee,* | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 01 CR 1 |
| Clarence Hankton and Gregory Davis,<br>*Defendants-Appellants.* | Charles R. Norgle, Sr.,<br>*Judge.* |

## ORDER

The opinion of this court in this matter issued on August 18, 2006, is hereby withdrawn. A revised opinion will be issued shortly.